# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 14, 2006*

[Cite as *04/14/2006 Case Announcements,* 2006-Ohio-1832.]

## MISCELLANEOUS ORDERS

**2005–1930.   Cincinnati Bar Assn. v. Bailey.**
This cause is pending before the court on the report of the Board on the Unauthorized Practice of Law. On March 14, 2006, the board filed a notice of clarification of hearing record. On March 20, 2006, respondent filed objections to the notice. Upon consideration thereof,
   IT IS ORDERED by this court that the objections are denied.

**2005–1930.   Cincinnati Bar Assn. v. Bailey.**
This cause is pending before the court on the report of the Board on the Unauthorized Practice of Law. On February 8, 2006, respondent filed a motion for Supreme Court of Ohio to take judicial notice. Upon consideration thereof,
   IT IS ORDERED by this court that the motion is denied.